UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:24-cv-01722 PA (ADS)                                         Date:  March 25, 2024

Title:  *Adrian Garcia v. Pennington*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO FILE A STATUS REPORT**

On December 6, 2024, the Court granted Petitioner's Motion to Stay Case. (Dkt. No. 16.) The Court ordered Petitioner to file a Status Report every ninety (90) days during the pendency of the stay to inform the Court on the status of the state habeas proceedings. (Id. at 2.) Accordingly, Petitioner was required to file a status report with the Court by March 6, 2025. Petitioner has not filed a status report of otherwise communicated with the Court as of the date of this Order.

**By no later than April 7, 2025**, Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and follow court orders. Petitioner may respond to this Order by filing a Status Report.

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rules of Civil Procedure 41(a). *The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.*

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:24-cv-01722 PA (ADS)                         Date:  March 25, 2024

Title:  *Adrian Garcia v. Pennington*

**to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).[1]**

      **IT IS SO ORDERED.**

Initials of Clerk kh

---

[1] This order is nondispositive.  However, if Petitioner believes this order erroneously disposes of any of his claims or precludes any relief sought, he may file objections with the district judge within 20 days of the date of the order.  See Bastidas v. Chappell, 791 F.3d 1155, 1162 (9th Cir. 2015).

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| Plaintiff/Petitioner, | |
| v. | |
| Defendant/Respondent. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____          _____
*Date*                 *Signature of Attorney/Party*

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*